1  David G. Freedman (State Bar No. 81989)
   LAW OFFICE OF DAVID G. FREEDMAN
2  1999 Avenue of the Stars, Suite 1100
   Los Angeles, California 90067
3  Telephone:  (310) 553-2121
   Facsimile:   (310) 598-1844
4  E-mail:       dgf@dfreedman.net

5  Attorney for Defendant
   HYATT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA MONTERO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>HYATT CORPORATION, d.b.a. ANDAZ SAN DIEGO; and DOES 1 through 50,<br><br>    Defendants. | CASE NO. '21CV1431 L   AHG<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that defendant Hyatt Corporation hereby removes to this Court the state court action described below on the following grounds:

1.  On July 15, 2021, an action was commenced in the Superior Court of the State of California in and for the County of San Diego by the filing of a complaint in the action entitled *Karina Montero v. Hyatt Corporation d.b.a Andaz San Diego and DOES 1 through 50* as case number 37-2021-00030249-CU-WT-CTL.

2.  The first date upon which defendant received a copy of the complaint was July 16, 2021, when defendant was served with a copy the complaint and a summons from the state court.

1  3. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332 and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. section 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Complete diversity of citizenship exists in that plaintiff Karina Montero is a citizen of the State of California and defendant Hyatt Corporation is a corporation incorporated under the laws of the State of Delaware and having its principal place of business in the State of Illinois and is the only defendant that has been served with summons and complaint in the action.

5. The matter in controversy exceeds the sum of $75,000 in that (a) plaintiff's complaint includes various employment-related claims and alleges that due to defendant's wrongful conduct she "has sustained and continues to sustain substantial losses in earnings, employment benefits, employment opportunities" and "suffered and continues to suffer humiliation, emotional distress, loss of reputation, and mental and physical pain and anguish;" (b) plaintiff's Civil Cover Sheet in the state court states that the amount demanded exceeds $25,000; and (c) plaintiff has made a settlement demand of $350,000, indicating she expects to receive a greater amount at trial.

6. The following documents filed in the state action are attached to this notice:

Exhibit 1:   Summons
Exhibit 2:   Complaint for Damages
Exhibit 3:   Civil Cover Sheet
Exhibit 4:   Notice of Case Assignment and Case Management Conference
Exhibit 5:   Request for Dismissal

//
//
//
//

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(B)

1 | Exhibit 6:   Answer of Hyatt Corporation to Complaint

Date: August 10, 2021

s/ *David G. Freedman*
David G. Freedman
Attorney for Defendant
HYATT CORPORATION
E-mail: dgf@dfreedman.net